**STATE of Missouri, Respondent,**

v.

**Carlton D. JOHNSON, Appellant.**

**No. WD 59269.**

Missouri Court of Appeals, Western District.

Sept. 18, 2001.

Irene Karns, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, for respondent.

Before NEWTON, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM:

Carlton D. Johnson appeals his conviction of second-degree drug trafficking, § 195.223, RSMo Cum.Supp.1998. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30 .25(b).